CARL J. ORESKOVICH, WSBA #12779
ETTER, McMAHON, LAMBERSON
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
(509)747-9100
(509)623-1439 Fax
Email: carl@ettermcmahon.com


*Attorney for Defendant Randy Coy James Holmes*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY COY JAMES HOLMES,<br><br>Defendant. | No. 2:18-cr-00134-SMJ<br><br>**DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE** |

COMES NOW, the Defendant Randy Coy James Holmes, by and through his attorney of record and hereby submits the following Sentencing Memorandum and Motion for Downward Departure. As explained fully below, Mr. Holmes respectfully requests that this Court deviate below the United States Sentencing Guidelines ("USSG") Range and sentence him to 24-months

Defendant's Sentencing Memorandum and
Motion for Downward Departure- Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

imprisonment. *See* 18 U.S.C. § 3553(a).

## **BACKGROUND**

On May 9, 2019, Mr. Holmes pled guilty to one count of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (ECF No. 42.) The statement of facts contained in the Plea Agreement provides, in part:

> On August 7, 2017, a Deputy Sheriff from the Grant County Sheriff's Office, observed a red pickup truck exiting the "College Apartments" located at 4278 Grape Dr. NE, in Moses Lake, Washington. The Deputy observed that the driver of the truck was not wearing a seatbelt. The Deputy initiated a traffic stop. . . . Upon execution of a search warrant, the deputies located a .22 caliber Ruger pistol in the passenger side rear seat foot well, beneath the front passenger side seat. This firearm was within arms-length of [where] the Defendant was seated. . . . Subsequent fingerprint testing by the Washington State Patrol Crime Laboratory determined that a one friction ridge impression was developed on the firearm. The forensic scientist determined that the source of this impression was the Defendant. . . . A review of the Defendant's criminal history reveals that he has previously been convicted of a felony offense . . .

(ECF No. 42 at 4.) Mr. Holmes has been in federal custody for this charge since October 29, 2018. (*See* ECF No. 46 at 1.)

Mr. Homes was born on April 14, 1997 in Tacoma, Washington. (ECF No.

Defendant's Sentencing Memorandum and
Motion for Downward Departure- Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

46 at 2.)  At approximately the age of 6, Mr. Holmes' parents separated, and Mr. Homes began using marijuana at the age of 9.  (*Id*. at 16.)  Before dropping out of Moses Lake High School, Mr. Holmes became involved in gang activities. (*Id*.)   Mr. Holmes has a history of substance abuse and has multiple methamphetamine related arrests.  (*Id*. at 16-17.)  Mr. Holmes also has a brother in Spokane who recently admitted himself into substance abuse treatment for heroin.  (*Id*.)

Although Mr. Holmes dropped out of high school, he received his general educational development ("GED") certificate in July of 2018 while incarcerated at the Washington State Penitentiary.  (ECF No. 46 at 17.)  Mr. Holmes would like to pursue vocational training, such as obtaining a welding certificate and has expressed an interest in working on fishing boats in Alaska (after he is released from confinement and allowed to leave Washington).  Mr. Holmes' father resides in Tacoma and has offered Mr. Holmes a place to live and resources to begin a fresh start in the future.

Mr. Holmes' Plea Agreement provides that "[t]he United States agrees to recommend that the Court impose a sentence at the low-end of the applicable sentencing guideline range as determined by the Court."  (ECF No. 42 at 6.)

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Further, "[t]he Defendant may recommend any legal sentence he deems appropriate." (*Id*.)

## I.   BASE OFFENSE LEVEL & ENHANCEMENTS

Mr. Holmes concurs with the United States Probation Office's calculation of a base offense level of 14, pursuant to USSG § 2K2.1(a)(6)(A).  This is also consistent with the recommendation contained in the Plea Agreement.  (ECF No. 42 at 5.)  Mr. Holmes also agrees with the four-level increasement based upon the stipulation of the parties that the firearm had an obliterated serial number contained in the Plea Agreement, along with the three-level downward adjustment based upon Mr. Holmes' timely acceptance of responsibility.  (*See id*. at 5-6.)  As such, the Total Offense Level of 15 appears appropriate.  (*See* ECF No. 46 at 6-7.)

## II.   DEPARTURES

As indicated below, Mr. Holmes requests that this Court exercise its discretion and grant him a downward departure based upon the considerations articulated in 18 U.S.C. § 3553(a).

## III.  18 U.S.C. § 3553(a)

Title 18, Section 3553(a) directs that "[t]he court shall impose a sentence

ETTER, M<sup>C</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection." The Court shall consider the "nature and circumstances of the offense <u>and the history and characteristics of the defendant</u>." 18 U.S.C. § 3553(a)(1) (underlining added). The Court shall also consider the need for the sentence imposed:

> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
> (B) to afford adequate deterrence to criminal conduct;
> (C) to protect the public from further crimes of the defendant; and
> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. § 3553(a)(2).

Pursuant to the "remedial regime" established in *United States v. Booker*, 543 U.S. 220 (2005), the "Guidelines are no longer mandatory but are only advisory." *United States v. Carty*, 520 F.3d 984, 990 (9th Cir. 2008). Nevertheless, the Guideline Range is still "'the starting point and the initial benchmark.'" *Carty*, 520 F.3d at 991 (quoting *Kimbrough v. United States*, 552 U.S. 85, 108 (2007)). However, the Court "may not presume that the Guidelines range is reasonable," and the factors contained in 18 U.S.C. § 3553(a) are the

Defendant's Sentencing Memorandum and
Motion for Downward Departure- Page 5

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

overarching guide in the Court's determination. *Carty*, 520 F.3d at 991. As such, a sentencing court may take into account the individualized characteristics of a defendant that warrant a downward departure from the Guideline Range. 18 U.S.C. § 3553(a).

In the situation at hand, consideration of the factors contained in 18 U.S.C. § 3553(a) warrant a downward departure to 24-months imprisonment. At the time Mr. Holmes committed the offense, he was only 20-years-old and entangled in drug use and gang activity. *See* USSG § 5H1.1 ("Age (including youth) may be relevant in determining whether a departure is warranted . . ."); *see also* USSG § 5H1.3 ("Mental and emotional conditions may be relevant in determining whether a departure is warranted . . ."). In this vein, Mr. Holmes began using drugs (marijuana) at the age of 9 approximately three years after his parents separated. (*See* ECF No. 46 at 18.) However, Mr. Holmes recognizes the need to turn his life around and his father is able to give him a fresh start in Tacoma after Mr. Holmes is released from confinement. Further, Mr. Holmes would benefit greatly from vocational training while incarcerated.

Based upon the rehabilitative aspect of the criminal justice system and Mr. Holmes' age and issues leading to the commission of the offense, Mr. Holmes

Defendant's Sentencing Memorandum and
Motion for Downward Departure- Page 6

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

would benefit from a term of imprisonment of 24-months so he may turn his life around while still a young man. The USSG Sentencing Range is only one of seven overarching considerations for the Court. *See* 18 U.S.C. § 3553(a)(4)(A)(i); *accord Carty*, 520 F.3d at 991 ("Nor should the Guidelines factor be given more or less weight than any other"). Although Mr. Holmes has such an extensive criminal history for a young man, the crime for which he took responsibility and pled guilty (Felon in Possession of a Firearm and Ammunition) takes into account Mr. Holmes' troubled past.

### CONCLUSION

For the foregoing reasons, Mr. Holmes respectfully requests the Court grant his Motion for Downward Departure. Based upon the rehabilitative aspect of the criminal justice system, Mr. Holmes requests that the Court sentence him to 24-months imprisonment, with credit for the 11-months he will already have served by the time of the Sentencing Hearing. *See* 18 U.S.C. § 3553(a).

RESPECTFULLY SUBMITTED this 29th day of August, 2019

By: /s/ Carl Oreskovich
Carl J. Oreskovich, WSBA #12779
Attorney for Defendant Holmes

Defendant's Sentencing Memorandum and
Motion for Downward Departure- Page 7

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to Assistant United States Attorney Patrick J. Cushman at USAWAE.PCushmanECF@usdoj.gov.

SIGNED this 29th day of August, 2019 in Spokane, Washington.

By: /s/ Jodi Dineen
    Jodi L. Dineen

Defendant's Sentencing Memorandum and
Motion for Downward Departure- Page 8

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100