FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00134-SMJ-1 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |
| RANDY COY JAMES HOLMES, | |
| Defendant. | |

Before the Court, without oral argument, is Defendant Randy Coy James Holmes Motion for Appointment of Counsel, ECF No. 64. Holmes moves for appointment of counsel to assist in filing a motion to modify his conditions of supervised release to transfer supervised release to the Western District of Washington. He makes his motion through counsel, Amy Rubin, for the Federal Defenders of Eastern Washington and Idaho. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Holmes "has the right to counsel and an opportunity to make a statement and present any information in mitigation" on a motion requesting modification of the conditions of supervised release. *See* Fed. R. Crim. P. 32.1(c)(1). Holmes also

ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL – 1

represents that he does not have the resources to hire counsel. ECF No. 64 at 2; ECF No. 65. The Court thus concludes it proper to appoint counsel in this matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Randy Coy James Holmes' Motion for Appointment of Counsel, **ECF No. 64**, is **GRANTED**.

2. The Federal Defenders of Eastern Washington and Idaho are hereby appointed as counsel in this matter for the limited purpose detailed above.

3. Counsel from the Federal Defenders of Eastern Washington and Idaho shall enter an appearance in this matter **no later than one week from the date of this Order**.

4. Counsel from the Federal Defenders of Eastern Washington and Idaho shall file an appropriate motion regarding Defendant's request for modifying conditions of supervised release **no later than December 16, 2021**.

   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Defendant's counsel.

   **DATED** this 1st day of November 2021.

   _____
   SALVADOR MENDOZA, JR.
   United States District Judge

ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL – 2