AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

United States of America )
v. )
)
Randy Coy James Holmes ) Case No. **2:18-cr-00134-SMJ-1**
)
)
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

***PLEASE ARRIVE 30 MINUTES EARLY WITH PROPER IDENTIFICATION***

| Place: ☑ United States Courthouse<br>West 920 Riverside Avenue<br>Spokane, WA 99201 | ☐ United States Courthouse<br>25 South 3rd Street<br>Yakima, WA 98901 | ☐ United States Courthouse<br>825 Jadwin Avenue<br>Richland, WA 99352 |
|---|---|---|

Date: **11/22/2021**    Time: **1:30 p.m.**    Courtroom **740A - Magistrate Judge Goeke**

**Defendant's Address:**    Spokane, Washington 99207

This offense is briefly described as follows:

See Petition and Order dated 11/01/2021.

Date: Nov 01, 2021, 2:57 pm

By: *[signature]*
SEAN F. McAVOY, Clerk

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 11/3/2021

*[signature]*
*Server's signature*

J. Brown    SDUSM
*Printed name and title*

Served at USMS office