# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  RANDY COY JAMES HOLMES**              **Case No.   2:18-CR-134-SMJ-1**

Defendant consented to appear via video conference

**Initial Appearance on Supervised Release Petition:**             **11/12/2021**

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Caitlin Baunsgard, US Atty |
| ☒ | Chris Heinen, US Probation / Pretrial Services Officer | ☒ | Steve Roberts, Defense Atty |
| ☒ | Defendant present ☒ in custody USM (VTC/SCJ) | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Defendant appeared, in custody, with counsel, and acknowledged to the Court that his true and correct name is RANDY COY JAMES HOLMES.  Defendant appeared by video conference due to COVID 19 jail restrictions.

Defendant was advised of his rights and the allegations contained in the violation petitions (ECF Nos. 66 and 71).

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

A denial of the violations pending on the petition is entered on behalf of Defendant.

Government has filed a motion for detention.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| Detention Hrg on Petition: *Waived by Defendant*; USA's Motion for Detention is *granted*. *Subject to right to return before the Court should circumstances change.* | Preliminary Hrg: *Waived by Defendant* | Revocation Hrg: 11/18/2021 @ 1:30 p.m. [R/SMJ] |
|---|---|---|