PROB 12C
(6/16)

Report Date: November 7, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randy Coy James Holmes | Case Number: 0980 2:18CR00134-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., United States District Judge

Date of Original Sentence: September 25, 2019

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 37 Months; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman |
| | Date Supervision Commenced: September 17, 2021 |
| Defense Attorney: | Carl Joseph Oreskovich |
| | Date Supervision Expires: September 16, 2024 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 3 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

**Supporting Evidence**: Mr. Randy Holmes is alleged to have violated mandatory condition number 1 and standard condition number 10 on November 5, 2021, by having in his possession a firearm which he is alleged to have used to fire at and strike a federal law enforcement officer during the course of a federal investigation

On September 20, 2021, Mr. Holmes signed his conditions relative to case number 2:18CR00134-SMJ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Holmes was advised that he was to refrain from committing another federal, state or local crime, and from possessing a firearm or other dangerous weapon.

Prob12C
Re: Holmes, Randy Coy James
November 7, 2021
Page 2

On November 5, 2021, at 5:39 p.m., the undersigned officer received notification from a federal agent assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives, indicating that the client had been involved in a shooting involving federal authorities. Specifically, the agent indicated that during the course of a federal investigation into the client, in which the client was present, that the client produced a handgun, ultimately firing at and striking the investigating agent.

As of the date of this report, it is the understanding that both the agent involved and the client remain in the hospital, with the extent of their injuries unknown. On November 6, 2021, the undersigned officer spoke with the U.S. Attorney's Office who confirmed that the agency would be requesting formal charges in regard to the client's conduct as outlined herein.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 7, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant and incorporation of violations with pending violation before the Court
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

November 7, 2021
Date