Amy H. Rubin
Federal Defenders of Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
EATERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Randy C.J. Holmes,<br><br>　　　　Defendant. | No.  2:18-cr-0134-SMJ<br><br>Motion to Continue Supervised Release Hearing<br><br>Spokane, WA<br><br>November 15, 2021 at 6:30 p.m. |

Motion to Continue Supervised Release

1

Randy C. J. Holmes, through counsel, Amy H. Rubin for the Federal Defenders of Eastern Washington and Idaho, respectfully moves the Court to continue Mr. Holmes's Supervised Release Revocation set for November 18, 2021 at 1:30 p.m.

Mr. Holmes initially appeared before the Court regarding for an initial appearance on a Revocation of Supervised Release on November 12, 2021.

### REQUEST FOR CONTINUANCE

Mr. Holmes respectfully requests the Court continue the Revocation Hearing currently scheduled for November 18, 2021. Mr. Holmes is facing new federal charges and anticipates appearing for his arraignment on Wednesday, November 17, 2021. The parties anticipate that his current supervised release violations and the new charges will overlap in some capacity and it is better to address both of these matters at the same time.

Mr. Holmes is currently in custody and does not object to the continuance request.

Counsel respectfully requests a continuance until February 17, 2022 at 9:30 a.m. Assistant United States Attorney Caitlin A. Baunsgard was contacted regarding this request and has no objection to the request.

### CONCLUSION

Based on the foregoing, Mr. Holmes respectfully requests this matter be continued until the February 17, 2022 at 9:30 a.m. Lastly, Mr. Holmes does not request a hearing on the matter unless this Court deems it necessary to have a hearing.

.

Motion to Continue Supervised Release

Dated:   November 15, 2021

                              Respectfully Submitted,

                              <u>S/Amy H. Rubin</u>
                              Amy H. Rubin, GA 618349
                              Attorneys for Holmes
                              Federal Defenders of
                              Eastern Washington and Idaho
                              10 N Post Suite 700
                              Spokane, Washington 99201
                              (509) 624-7606
                              (509) 747-3539
                              Email:  Amy_Rubin@fd.org

Motion to Continue Supervised Release

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Caitlin A. Baunsgard, Assistant United States Attorney.

<u>S/Amy H. Rubin</u>
Amy H. Rubin, GA 618349
Attorneys for Holmes
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Amy_Rubin@fd.org